■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE CRUZ, Appellant.—Appeal by the defendant from a judgment of the County Court, Dutchess County (Hillery, J.), rendered December 20, 1988, convicting him of attempted burglary in the second degree (three counts), upon his a plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances, the trial court did not abuse its discretion in denying the defendant's motion to dismiss the indictment pursuant to CPL 210.40. Mangano, J. P., Brown, Kunzeman and Kooper, JJ., concur.